In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-242 CV


____________________



AMERICAN LEGAL SERVICES, INC., TRUSTEE FOR


MEDOC TRUST AND MEDOC TRUST, INDIVIDUALLY AND d/b/a


TEXAS SPINE MEDICAL CENTER f/k/a VAX-D CENTERS OF DALLAS,


PATSY DENMAN, DEANNA BOUDREAU AND 


LYDIA BOUDREAU VALTCHANOV, Appellants



V.



JACQUES S. JAIKARAN, M.D., Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 04-02-01234 CV






MEMORANDUM OPINION (1)


 The appellants, American Legal Services, Inc., Trustee for Medoc Trust and Medoc
Trust, Individually and d/b/a Texas Spine Medical Center f/k/a Vax-D Centers of Dallas,
Patsy Denman, Deanna Boudreau and Lydia Boudreau Valtchanov, and the appellee,
Jacques S. Jaikaran, M.D., filed a joint motion to dismiss this appeal with prejudice. The
parties allege they have settled all disputes and agreed to dismiss this appeal. The Court
finds that the motion is voluntarily made by the parties through their attorneys of record
prior to any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1), (2).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the incurring party. 

 

 PER CURIAM


Opinion Delivered July 22, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.